**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Massoud NOUSHFAR; Zohreh Shayesteh and Kamran Shayesteh, Defendants–Appellants.**

**Nos. 94–30229, 94–30350 and 94–30353.**

United States Court of Appeals,
Ninth Circuit.

April 1, 1998.

### ORDER

The Opinion filed on March 20, 1996, 78 F.3d 1442 (9th Cir.1996), is amended as follows:

The first sentence of the final paragraph on page 1445 of the opinion as published, beginning with "In *Riley v. Deeds.* ...," is replaced to read:

In *Riley v. Deeds,* 56 F.3d 1117, 1121 (9th Cir.1995), we found structural error when testimony was reread in court without the

---

judge present and with his clerk "presiding."